UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CURTIS LOGAN LAWSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:20-CV-456-JRG-HBG ) |
| KNOX COUNTY CRIMINAL COURT, | ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Curtis Logan Lawson's petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk